**Exhibit A: Plaintiffs in Whaley action, No. 1:23-cv-00457**

| First Name | Middle Name | Last Name | Generation | Column1 |
|---|---|---|---|---|
| Jessica | | Whaley | | |
| Suzanne | Gauvin | Abarca | | |
| Brennan | Alexander | Abbott | | |
| James | D. | Abbott | | |
| David | J. | Abrams | | |
| Joanna | M. | Adams | | |
| Seth | J. | Adams | | |
| Andrew | | Ahlstrom | | |
| Garth | Woodland | Aldrich | | |
| Anamaria | | Alexander | | |
| Sebastian | | Alexander | | |
| Devin | Du'prece | Alexson | | |
| Adan | | Alfaro | | |
| Perla | E. | Alfaro | | |
| Ahmedd | Isaiah Pimentel | Alfonso | | |
| Dwight | Maurice | Allen | | |
| Raymond | N. | Allen | Sr. | |
| Luis | Fabian | Alvarez | | |
| Gabriel | | Amaya | | |
| Joshua | | Ammann | | |
| Cecil | | Anderson | III | |
| David | Michael | Anderson | | |
| William | M | Anderson | | |
| Robert | | Angell | | |
| Brandon | | Anthony | | |
| Jon | Lieknel | Aponte-Rosa | | |
| Daniel | Vincent | Appleby | | |

| | | | |
|---|---|---|---|
| Joshua | David | Ardoin | |
| Jesse | | Arnold | |
| Jane | Marie Santiago | Astacio | |
| Andre | | Austin | |
| Grant | | Austin | |
| Luis | A. | Aviles | |
| Christian | Arturo | Avina | |
| Angel | Perez | Avitia | |
| Walter | | Ayala | |
| Shaun | Michael | Babcock | |
| Tyler | J. | Bailey | |
| James | Daniel | Balheimer | |
| Jane | | Ball | |
| Labraske | | Ball | |
| Rachel | Ann | Ball | |
| Tyren | Bernard | Ball | |
| Donald | W. | Barnard | III |
| Lucas | | Barnett | |
| Eugene | Michael | Barth | |
| Andrew | Dennis | Barthol | |
| Matthew | | Barton | |
| Alex | Timothy | Bates | |
| Ashlee | Nicole | Bates | |
| Dakota | Alexander | Baumbach | |
| Carlos | | Bautista | |
| Zachary | N. | Beal | |
| Christopher | | Bean | |
| Amanda | | Beck | |
| Damon | Aubrey | Beck | |
| Anthony | Keith | Bell | Jr. |

| | | | |
|---|---|---|---|
| Dewayne | | Bell | |
| Kristopher | | Bentley | |
| Beau | W | Berg | |
| Timothy | Michael | Berland | |
| Christian | H. | Bernabe | |
| Aaron | | Betancourt | |
| Miguel | Angel Medina | Betancourt | |
| Jacqueline | Marie | Bethel | |
| Matthew | Shawn | Biecker | |
| Christopher | Anthony | Birch | |
| Corrine | Rene | Bird | |
| Dylan | James Channing | Bird | |
| Joe | C. | Bishop | |
| Shawn | Edward | Bishop | |
| Christopher | | Blanton | |
| William | Cepeda | Blas | Jr. |
| Corey | Alexander | Bloom | |
| Alexander | | Bloomfield | |
| John | | Bobruk | |
| Wendy | | Bobruk | |
| David | Boone | Borland | |
| Shalonda | Lequrita | Bowden | |
| Geoffrey | | Bowman | |
| Matthew | A. | Bowsher | |
| Zachary | Alan | Brescoll | |
| Jennatul | Naim | Brice | |
| Shane | K. | Britton | |
| Petrina | Monique | Brown-Spurs | |
| Brittany | N. | Brown | |
| David | J. | Brown | |

| | | | |
|---|---|---|---|
| Evan | O. | Brown | |
| Bryan | | Bruce | |
| Joshua | T. | Bruening | |
| Zachery | A. | Brumbaugh | |
| LaShonda | | Bryant | |
| Ian | Monroe | Buchanan | |
| Bradly | Paul | Bucholz | |
| Garrett | Chandler | Buckner | |
| Kevin | Alan | Buckrucker | Jr. |
| Bryce | | Bukowski | Jr. |
| Steven | Joseph | Bunner | |
| Abbie | C. | Bunting | |
| Alexa | C. | Burger | |
| Brandon | Michael | Burhop | |
| Charles | Kenneth | Butler | |
| Matthew | Michael | Byrne | |
| Kenny | David | Caceres-Montufa | Sr. |
| Denise | | Cady | |
| Elvin | | Caganap | |
| Ralph | Simon | Calaguas | |
| Bradford | | Cambra | |
| Bronson | K | Cambra | |
| Lynorra | Melanie | Campbell | |
| Adriana | | Canedo | |
| Nathanial | Martin | Caner | Jr. |
| Timothy | Jay | Capps | |
| Jacelyn | Kelake | Caramonte | |
| Gloria | C | Cargil-Davis | |
| Kenneth | | Carpenter | |
| Domenique | Marquez | Carrillo | |

| | | | |
|---|---|---|---|
| Joseph | Thomas | Carter | |
| Rahshaney | | Carter | |
| Lori | Beth | Case | |
| Ashley | N. | Casillas | |
| Michael | S. | Cassell | |
| Jose | | Castilla | |
| Janelle | | Castillero | |
| Christopher | | Castillo | |
| Phillip | Andrew | Catanach | |
| Manuel | | Cecilio | |
| Anthony | M. | Cercone | |
| Derrick | James | Cerveny | |
| Leilani | Racpan | Cesneros | |
| Nathan | Moxon | Chapelle | |
| Eric | | Chatham | |
| David | Brian | Chechile | |
| Cristovao | P. | Cheung | |
| Chuma | G. | Chibundu | |
| Margaret | Farley | Choate | |
| Mark | Joevens | Chua | |
| Zachary | R. | Clark | |
| Simone | Danielle | Cleghorne | |
| Kristina | Maria | Clements | |
| Rebecca | | Clemmer | |
| Paul | Burton | Clifford | |
| Scott | | Clutter | |
| David | | Coan | |
| Anthony | | Coberley | Jr. |
| Aaron | | Coffey | |
| Kanen | | Coffey | |

| | | | |
|---|---|---|---|
| Deante | | Colbert | |
| Kevin | Willis | Colbert | |
| Rodney | L | Cole | Jr. |
| Terrionce | Jerome | Cole | Sr. |
| Arthur | | Coleman | |
| Jacob | Owen | Colley | |
| Kevin | Joseph | Connolly | |
| Sean | M. | Conrey | |
| Eduardo | | Contreras | Jr. |
| Iesha | | Cook | |
| Aaron | Matthew | Cooper | |
| Isabelle | E. | Corcoran | |
| Brenda | I. Gutierrez | Cortez | |
| Michael | | Corum | |
| Kenneth | R. | Cosgrove | |
| Bruce | | Cosma | |
| Matthew | Sully | Cotten | |
| Rahim | | Coulter | |
| Noah | | Cousino | |
| Benjamin | James | Cox | |
| Bobbie | Sue | Cox | |
| Desiree | Katrina | Cox | |
| Timothy | Jason | Cox | |
| Brandon | Joseph | Crawford | |
| Troy | E. | Cress | |
| Bryan | Dale M. | Crisostomo | |
| Elisa | | Cruz | |
| Cameron | Andrew | Cunningham | |
| Jenna | Leigh | Cunningham | |
| Brian | Christopher | Curnutt | |

| | | | |
|---|---|---|---|
| Elizabeth | Taylor | Currie | |
| William | Harold | Cusic | |
| Marsha | Maristela | Damon | |
| Wesley | Ray | Darst | |
| James | Wesley | Davey | |
| Jordan | Marquanne | Davey | |
| Adam | | Davis | |
| Christopher | Michael | Davis | |
| Jennifer | | Davis | |
| Karla | Lowe | Davis | |
| Richard | Lee | Davis | |
| Edward | Christian | Dekok | |
| Donald | John | Delach | |
| Samuel | D. | Delacruz | |
| Marcus | Cleveland | Delaune | |
| Jason | M. | Delgado | |
| Justin | Ross | Deloss | |
| Joseph | L. | Devore | |
| Fernando | | Diamantino | |
| Alex | Joel Marron | Diaz | |
| Edward | Gonzalez | Diaz | |
| Steven | McKenzie | Dickens | |
| Linda | S. | Dickey | |
| Bryan | Eric | Dietz | Jr. |
| Christian | | Dietz | |
| Bon | S. | Diley | |
| Nicholas | J | Donovan | |
| Christopher | Baker | Doscher | |
| Caroline | | Dotson | |
| Emily | | Douglas | |

| | | |
|---|---|---|
| Kodie | Jaikob | Dowds |
| James | Robert | Downes |
| Dyamon | M. | Draper |
| Brandon | Lee | Driessen |
| Jason | | Drummond |
| Erika | Jazmin | Duarte |
| Kai | N. | Dunlap |
| Thomas | A. | Duren |
| Eric | M. | Dyar |
| Kevin | Michael | Eagen |
| Jordan | James | Earley |
| Blake | Robert | Edwards |
| David | Alaka'i | Edwards |
| Matthew | | Edwards |
| Teresa | | Edwards |
| John | | Egizii |
| Theo | D. | Elisha |
| Johnathon | | Ellis |
| Joshua | | Ellis |
| Pamela | Lynn | Ellison |
| Jason | | Ensweiler |
| Tyler | John | Erickson |
| Devin | | Erne |
| Anthony | Christian | Escue |
| Steven | C | Espinet |
| Ricardo | | Espinoza |
| Jeffrey | Orlando | Estioko |
| Zachariah | Ray | Etheridge |
| Joshua | David | Evensen |
| Kalena | Marie | Exner |

| | | | |
|---|---|---|---|
| Joshua | Lee | Failing | |
| Steven | | Faisst | |
| Wendy | Y. Kuffel | Falcon | |
| David | S | Fanelli | |
| Bernard | Brandon | Fawcett | |
| Amanda | | Feindt | |
| Christopher | S. | Fennell | |
| Evan | Lee | Ferguson | |
| Kevin | | Ferguson | Jr. |
| Jonathan | | Fernandez | |
| Charles | | Fields | |
| Clarissa | L | Fields | |
| Amanda | | Figueroa | |
| Dianna | Isabel | Findlayter | |
| Jesse | Bryant | Fine | |
| John | | Fisher | |
| Thomas | M. | Fitzpatrick | |
| Terry | D | Flanagan | |
| Dana | Allen | Fleming | |
| Rashie | Ahmed | Flintroy | |
| Christhian | | Floril | |
| Malik | | Floyd | |
| Michael | Liam | Flynn | |
| Mark | | Fontana | |
| David | K. | Fontenot | |
| Andrew | | Foor | |
| Ivana | | Ford | |
| Benjamin | | Forsman | |
| Jason | Edward | Fountain | |
| James | Louis | Fowler | |

| | | |
|---|---|---|
| Joshua | Allen | Fox |
| Armando | | Franco |
| Michael | Matthew | Free |
| Scott | James | Freeland |
| Koda | | Freeman |
| Jayme | Ryan Alumia | Frianeza |
| Andrew | Jason | Fry |
| Mark | Landrum | Fulcher |
| Carlos | | Gaitan |
| Andrew | | Gaither |
| Michael | Adrian C | Garcia |
| Torrey | Travaughn | Gardiner |
| Raven | James | Gardner |
| Michael | M. Marlando | Garel |
| Tommy | Joe | Garner |
| Joshua | Samson | Garrett |
| Francisco | Rene | Gaytan |
| David | Sebastian | George |
| Taylor | J. | Germain |
| Justin | Andre | Gholston |
| Nicholas | Richie | Giambattista |
| Peter | | Giangrasso |
| Patrick | | Giannico |
| Andrew | J. | Gibson |
| Matthew | Dylan | Gilmore |
| Nichole | Marie | Gioiello |
| Logan | J. | Glancy |
| Andrew | Kenneth | Glaser |
| Jennifer | Lynn | Glick |
| Matthew | Louis | Glick |

| | | |
|---|---|---|
| Adriel | | Gomez |
| Donald | Anthony | Gomez |
| Yerandy | | Gongora-Caballero |
| Aaron | | Gonzales |
| Mercedes | Chavez | Gonzales |
| Samuel | C. | Gonzales |
| Victor | Antonio | Gonzales Rodriguez |
| Jesus | Fernando | Gonzales |
| Jason | | Goodman |
| Joshua | Brady | Gordon |
| Michael | R | Gordon |
| Recardo | | Grady |
| James | Mark | Graham |
| Joseph | P. | Grano |
| Terrian | R.S | Gray-Gholston |
| Brian | James | Gray |
| Adam | | Green |
| Gerald | Wade | Greenlee |
| Edward | Lee | Gribbins, III |
| Justin | | Griffin |
| Joseph | | Grill |
| Ryan | | Grisham |
| Christopher | | Grommes |
| Joshua | | Guerrero |
| Steven | | Gugliemelli |
| Troy | Allen | Gunter |
| Brandon | A. | Guzman |
| Gene | Philip | Haayer |
| Jeffrey | | Hainsworth |
| James | Ryan | Hale |

| | | |
|---|---|---|
| Jeneida | | Hall |
| Markel | Vizells | Hall |
| Nateisha | Asha | Hall |
| Seth | Hudson | Hall |
| Zachary | Morgan | Hall |
| James | Donald | Halsell |
| Alexander | | Halverson |
| Kamalu | B. | Han |
| Brian | | Hanley |
| William | M. | Harkins |
| Jesse | | Harms |
| Noah | J. | Harms |
| Jacob | | Harpenau |
| Jillian | Leigh | Harpenau |
| Nicholas | | Harrell |
| Marcie | Knox | Hart |
| Morgan | | Hart |
| Thomas | | Hart |
| Benjamin | Ron | Hartman |
| Daniel | | Hartney |
| Davondra | Shamice | Hasley |
| Christopher | Michael | Hauf Sr. |
| Shannon | Marie | Hauser-Choate |
| Eric | Thomas | Heim |
| Allen | | Helenihi |
| Jailyn | | Henderson |
| Dontrelle | | Henry |
| Jeb | | Heppner |
| Cynthia | Narie | Hernandez |
| James | Lucas | Hernandez |

| | | |
|---|---|---|
| Brandon | | Hewett |
| Sean | | Higgins |
| Jack | | High, III |
| Thomas | | Hileman |
| Christian | Noah | Hill |
| Jacob | | Hill |
| Frederick | | Hillard |
| Jennifer | | Hinkley |
| Richard | | Hodgson |
| Erin | C | Holley |
| Eric | Allen | Hollingsworth |
| Michael | | Holmes |
| Dakota | Reed | Hood |
| Jason | | Horne |
| Hayden | C. | Hornsby |
| Phenize | | Howell |
| Timothy | Craig | Howland |
| Justin | | Hudgins |
| Josef | | Hughes |
| Keegan | Daniel | Hughes |
| Carlton | | Huguley |
| Corey | Michael | Humphries |
| Brandon | | Hunsaker |
| Sedale | Lovell | Hunter |
| James | Edward | Hutchinson |
| Aldenn | T. | Iga |
| Ashley | Nicole | Ihrig |
| Joberly | Ann Pizzuto | Ihrig |
| Melanie | | Ingram |
| David | Lee | Isotalo |

| | | | |
|---|---|---|---|
| Emily | A. | Ives | |
| Dwayne | Dwight | Ivey | |
| Desmond | Armand | Jackson | |
| Jeremy | | Jackson | |
| Jason | Douglas | Jacobs | |
| Peter | | Jacobs | |
| Nishai | Iqujah | Jamison | |
| Gabriel | | Jaques | |
| Erika | | Jaramillo | |
| Ian | Mackinnon | Jarvis | |
| Christian | | Jenkins | |
| Cynthia | Margarita | Jenkins | |
| Jeremy | Daniel | Jenkins | |
| Thomas | | Jensen | |
| Brian | | Jessup | |
| Rosenda | L. | Jiao | |
| Kalin | | Jimenez | |
| Adrian | Raniar | Johnson | |
| Eli | J. | Johnson | |
| Johnny | Steven | Johnson | |
| Joseph | Edward | Johnson | |
| Kenneth | | Johnson | |
| Monica | Nicole | Johnson | |
| Rodney | Jermaine | Johnson | |
| Wayne | Edward | Johnson | Jr. |
| Alexis | Joy | Jones | |
| Erik | C. | Jones | |
| Justin | | Jones | |
| Keyona | Monique | Jones | |
| Kyle | A. | Jones | |

| | | | |
|---|---|---|---|
| Lynwood | Ray | Jones | |
| Robert | Adam | Jones | |
| Travis | Lee | Jones | |
| Zackery | P. | Jones | |
| Ryan | Andrew | Josephs | |
| Terrance | Demetrius | Julius | |
| Ronald | J. | Jumbelick | |
| Ruben | G. | Jurado | |
| Jeremiah | G. | Kachel | |
| James | J. | Kaiktsian | Jr. |
| Nicholas | R | Karp | |
| Austin | Winslow | Kays-Henry | |
| Amanda | Lynn | Kelley | |
| Clara | Taumaloto | Kelley | |
| LaVance | Rondel | Kennar | |
| Joseph | A. | Keown | |
| Kristin | Lee | Kernan | |
| Karl | Kahaleolu | Kidder | |
| John | Austin | Kidwell | |
| Antonio | | Kilpatrick | |
| Seongmin | | Kim | |
| Christopher | Philip | Kimball | |
| Dennis | Dewitt | Kimbrough | Jr. |
| Gordon | | Kimura | |
| Jonathan | | King | |
| Cinthia | | Kinney | |
| Amanda | Joy | Kinser | |
| Andrew | Scott | Kinser | |
| Zachary | Thomas | Kirchner | |
| Anthony | Joseph | Kirkeeng | |

| | | |
|---|---|---|
| David | | Kirkpatrick |
| Jeffrey | C. | Kistler |
| Nicholas | Floyd | Kizzie |
| Matthew | | Kleman |
| Kyle | A. | Kline |
| Cassandra | Lynn | Kochera |
| Cyndra | | Kohfeldt |
| Joel | Thomas | Kolterjahn |
| Richard | Ryan | Kruer |
| Eric | Michael | Kruk |
| Jospeh | | Krupsky |
| Joshua | | Kuepper |
| Bryan | | Kutta |
| Jeremy | | Kuykendall |
| Ryan | Jacob | Lackovic |
| William | J. | Laduke |
| Joel | | Lamagna |
| Brandon | Michael | Lami |
| Brian | Christopher | Landry |
| Jacob | Michael | Lane |
| Brady | J. | Lantz |
| Mitchell | John | Larsen |
| Alexander | | Law |
| Brian | Allen | Lawton |
| Cuong | Thiet | Le |
| Ngochanh | | Le |
| Mark | Julius | Leano |
| Joseph | Adrien Daniel | Leclerc |
| Jordan | D. | Ledbetter |
| Justin | David | Lee |

| | | | |
|---|---|---|---|
| Tiara | Nicole | Lee | |
| Shawn | | Leonard | |
| Nathan | Andrew | Leppert | |
| Ayana | | Levine | |
| Bryce | | Lewis | |
| Kevin | Patrick | Lewis | |
| Lashondria | | Lewis | |
| James | R. | Ley | |
| Jan | Michael | Liechty | |
| David | | Lincoln | |
| Shawn | | Lindsay | |
| Medjine | | Lindsey | |
| Donavin | Payton | Lingley | |
| Casey | Brian | Lipe | |
| Justin | T. | Lissimore | |
| Matthew | Scott | Littlefield | |
| Stephen | Curtis | Loeh | |
| Jaquan | | Loftin | |
| Brandon | | Logsdon | |
| Clarence | S. | Lombard | II |
| Mel | | Loncaric | |
| James | | Long | |
| Steven | O'Briant | Lonix | |
| Griselda | A. | Lopez | |
| Janncovi | | Lopez | |
| Javier | | Lopez | |
| Nathan | D. | Lopinto | |
| Ronald | | Lorenzo | |
| Chaise | Edward | Lowe | |
| Darius | | Lucky | |

| | | | |
|---|---|---|---|
| Tyler | R. | Lukasik | |
| Adonys | B | Luna | |
| John | Luke | Lyons | |
| Raeann | Heather | Macalma | |
| Aaron | | Mack | |
| Anthony | | Maggenti | |
| Thomas | | Magness | |
| Christopher | | Mahmood | |
| Mihaela | | Malawey | |
| Reynaldo | G. | Maldonado | Jr. |
| Darrin | | Malleis | |
| Zachary | Garvin | Manafort | |
| Justin | | Mandella | |
| Gaetano | | Mangano | |
| Chad | Richard | Maniace | |
| Melissa | Anne | Maniace | |
| Derek | Thomas | Mann | |
| Keith | Eric | Marinics | |
| Joseph | L. | Markham | |
| Sashel | Johnel | Marquis-Wedderburn | |
| Isaiah | Samuel | Martin | |
| James | Henry | Martineau | |
| Frank | J. | Martinez | |
| Joseph | | Martinez | |
| Nicholas | Leonard | Mastorakos | |
| Thomas | Robert | Matelski | |
| Lee | Oliquino | Mateo | |
| Sierra | | Mattos | |
| Sebastien | | Maurrasse | |
| Justin | Tyler | Maxey | |

| | | |
|---|---|---|
| David | Allen | May |
| Joshua | | Mayer |
| Devon | W. | Mayes |
| Paige | | McCann |
| Matthew | Robert | McCarthy |
| Matthew | Eric | McCay |
| Kristopher | A. | McClain |
| Daniel | A. | McCready |
| Jasmine | | McFarland |
| Brady | | McKenzie |
| Isaiha | Jamal | McKenzie |
| Joseph | | McLaughlin |
| Alex | James | McLoughlin |
| Thomas | | McMaster |
| Paul | K | McNair |
| Lucy | Claire | McNamee |
| Ronte | | McNeill |
| James | | McQuillan |
| Brian | Gilford | Meachum |
| Martin | | Medina |
| Justin | | Medlen |
| Erin | E. | Meinders |
| Seth | Paul | Meitzler |
| Ashley | T. Velazquez | Melendez |
| Derek | Anthony | Mendoza |
| Michael | Anthony | Merancio |
| Ross | | Merrick |
| Donald | | Metcalf |
| Megan | Renae | Metcalf |
| Martin | | Meyer |

| | | | |
|---|---|---|---|
| Benjamin | Alvaro | Mikesell | |
| Kenneth | | Milam | |
| Billy | Ray | Miles | |
| Justin | Mel | Millard | Sr. |
| Jarrod | | Miller | |
| John | Michael | Miller | |
| Nathaniel | | Miller | |
| Rubin | | Miller | |
| Andrew | J. | Miltenberger | |
| Ibrahim | Kaunda | Mintoumba | |
| Bryan | Alexis | Molina | |
| Alan | Yadurani | Moloy | |
| William | Abraham | Monk | |
| Melody | | Montaldi | |
| Michael | | Montaldi | |
| William | Rodrigo | Montenegro | |
| Ricardo | G. | Montez | |
| Jagger | Dennis | Montgomery | |
| Tracy | L | Montgomery | Jr. |
| Amy | Elizabeth | Moore | |
| Benjamin | Keith | Moore | |
| Matthew | | Moore | |
| Raqman | Sharrieff | Moore | |
| Jamaal | Natiez | Moragne | |
| Juakita | R. | Moragne | |
| Daniel | Rey | Morales | |
| Juan | | Moreno | |
| Nelson | | Moreno | |
| Keacia | Arreafia | Morgan-Brown | |
| Terry | Robert | Morphis | |

| | | | |
|---|---|---|---|
| Javan | | Morrison | |
| Michael | | Morrison | |
| Brittany | | Morrow | |
| Jeffrey | | Morter | |
| Jeremy | Thomas | Moselle | |
| Jenna | Elle | Moss | |
| Angelito | Mostajo | Jr. | |
| Matthew | David | Mula | |
| Martin | | Muniz | |
| Carlos | Renato | Munoz | |
| Oscar | | Munoz | |
| Omar | | Murillo | |
| Austin | Charles | Murphy | |
| Stephen | Christopher | Nagle | |
| Kamuela | K. | Nahinu | |
| Marina | | Nau | |
| Conrad | Howard | Nazar | Jr. |
| Zachary | Blackmer | Nedwell | |
| James | Robert | Neff | |
| Anthony | | Nelson | Jr. |
| Devin | A. | Nelson | |
| Julian | A. | Neris | |
| Luke | Benjamin | Newton | |
| Morgan | T. | Neyland | |
| Bret | Douglas | Neyman | |
| Derek | R. | Nichols | |
| Amanda | Leigh | Nielsen | |
| Ernie | | Nieves | |
| Melinda | Lorraine | Nixon | |
| Nathan | | Nixon | |

| | | | |
|---|---|---|---|
| Caleb | A. | Noble | |
| Frederick | | Norman | |
| Giovanny | | Nunez | |
| Nathan | Ronald | O'Connell | |
| Caroline | | Ochoa | |
| Dominic | Emanuel | Ochoa | |
| Apolonio | | Olivarez | Jr. |
| Sandra | | Olmos | |
| Chad | William | Olsen | |
| Joseph | Isaiah | Orcutt | |
| Dale | | Orgas | |
| Nicolas | D. | Ortega | |
| Jon | | Ortiguerra | |
| Joshua | A. | Ortiz | |
| Nathan | Tyler | Otterbacher | |
| James | Earl | Otto | |
| Kari | Jean | Otto | |
| Adam | Matthew | Overton | |
| Armando | | Ozuna | Jr. |
| Norma | | Ozuna | |
| Aman | Nasir | Pace | |
| Levi | Dalton | Pacsuta | |
| Brendan | P. | Padellford | |
| Craig | | Painter | |
| Brandon | | Palmer | |
| Matthew | M. | Palmer | |
| Jonathan | Lee | Paris | |
| Brian | Patrick | Parmerter | |
| Christopher | M. | Parrinello | |
| Brandon | Lee | Patrick | |

| | | | |
|---|---|---|---|
| Sean | | Patton | |
| Frankie | | Paulino | |
| Tyson | L. | Payne | |
| Kevin | | Peccorini | |
| Jonathan | | Peguero | |
| Evan | | Pennington | |
| William | Howard | Penrose | |
| Daniel | A. | Perez | Jr. |
| Ricardo | | Perez | |
| Savannah | | Perez | |
| Nicholas | R. | Perunovich | |
| Hunter | | Petrie | |
| Rebecca | Lynne | Petrie | |
| Damon | Michael | Philipps | |
| Robert | J. | Phillips | |
| Nichole | Fern | Piazzo | |
| Francisco | Cabrera | Picos | |
| Justin | | Pilgrim | |
| Austen | | Plant | |
| Joshua | Adam | Platt | |
| Samuel | Adu | Poku | Jr. |
| Anthony | John | Polio | |
| Zachary | Charles | Polster | |
| Kenneth | Carl | Polston | III |
| David | Anthony | Pomory | |
| Brian | Alexander | Ponce De Leon | |
| Joshua | Aaron | Pooton | |
| Jonathan | | Popovich | |
| Christopher | Scott | Poss | |
| Eric | Lee | Poston | |

| | | | |
|---|---|---|---|
| Kirsten | McKenzie | Powell | |
| Michael | A. | Powell | |
| Chase | | Poynter | |
| Chistopher | Nelson | Presume | |
| Ryan | | Price | |
| Walter | H | Priebe | III |
| Benjamin | Howard | Priga | |
| Robert | Joseph | Prigmore | |
| Casey | | Probert | |
| Neil | | Pulver | |
| Edward | | Pygott | |
| Kiandra | Marie | Raday | |
| Daniel | Michael | Rafel | |
| Joshua | Christian | Rakes | |
| Aaron | | Ramirez | |
| Steven | Ochoa | Ramos | |
| Michael | Shy | Ramsey | Jr. |
| Jamie | Latrice | Randall | |
| Dallas | Brian | Raney | III |
| Justin | Paul | Raney | |
| David | Eric | Rayman | |
| Devyn | Louis | Recinos | |
| Joshua | Tyler | Reed | |
| Sarah | | Reed | |
| Spencer | John | Reed | |
| John | M. | Reeves | |
| Chase | Jacob Byrd | Reid | |
| Cody | | Reiling | |
| Michael | A. | Reinshuttle | |
| Randy | | Reiterman | |

| | | | |
|---|---|---|---|
| Jonathon | Brent | Repak | |
| Samantha | | Resada | |
| Daniel | P. | Reuter | |
| Antonio | L. | Reynolds | |
| David | Sousa | Ribeiro | |
| Alan | Dean | Ricker | |
| Taylor | Sutton | Ridge | |
| Monique | | Rincon | |
| Chad | | Rippetue | |
| Edwin | | Rivas | Jr. |
| Gene | | Rivera | |
| David | V. | Rivera | |
| Alexander | Ryan | Rives | |
| Kelly | | Robb | |
| Daniel | Caleb | Robbins | |
| Tristan | S. | Robbins | |
| Amanda | Linn | Roberts | |
| Samuel | Caleb | Roberts | |
| Christopher | Richard | Robinson | |
| Cristian | | Rodriguez | |
| Luis | Ivan | Rodriguez | |
| Nativo | Jarrod | Rodriguez | |
| Joseph | | Rogers | |
| Christopher | | Romanick | |
| Brandon | William | Romansky | |
| Joseph | | Rombold | |
| Justin | Richard | Romero | |
| Kent | | Romney | |
| Matthew | Joseph | Rompca | |
| Christopher | G. | Roness | |

| | | |
|---|---|---|
| Joshua | P. | Rosales |
| Jaime | Buchanan | Ross |
| Matthew | Stephen | Ross |
| Agnes | | Rowe |
| Irv | S. | Rowe |
| Jacob | Neil | Ruggles |
| Christopher | Michael | Ruiz |
| Lawrence | | Russell |
| Paul | David | Rusu |
| Jamie | Foinn | Rutter |
| Jacob | Darrel | Rydzewski |
| Emerald | Ariana | Sabecky |
| Ronald | Salum | Salatamos |
| Raul | | Salazar |
| Shamoi | | Samuel |
| Diomantino | San | Nicolas |
| Deric | Christopher | Sanders |
| James | W. | Sanders |
| Laura | | Sanders |
| Sheldon | L. | Sanders |
| Michael | D. | Sandoval |
| Andrew | M. | Santamaria |
| Luis | R. | Santiago |
| Dominic | | Santos |
| Niobel | Rafael | Santos |
| Paul | Marvin Mendoza | Santos |
| Matthew | Paul | Sattler |
| Arthur | | Savage |
| Brent | David | Savage |
| Edward | Stephen | Savich |

| | | | |
|---|---|---|---|
| Tristion | V. | Saysourivong | |
| Thomas | Joseph | Schafhausen | |
| Carl | James | Schimpf | |
| Ryan | Michael | Schlesinger | |
| Alexandra | | Schmidt | |
| Erich | David | Schmidt | |
| Cynthia | E. | Schmitz | |
| John | C | Schneider | |
| Patrick | | Schneider | |
| Anne | | Schollmeier | |
| Gregory | Mark | Schollmeier | |
| Austin | | Schou | |
| Carlos | M. | Schuler | |
| Myles | | Schumacher | |
| Sean | W | Scott | |
| Zachary | Charles | Scott | |
| Shaun | Patrick | Seabold | |
| Samantha | Lynn | Seals | |
| Carson | Max | Seibert | |
| Miranda | Anosi | Seloti | |
| Titus | Dupree | Serrell | |
| Anthony | Michael | Service | |
| John | Anthony | Severo | Jr. |
| Stephen | Anthony | Sexton | |
| Deric | John | Sharkuski | |
| Andrew | Joseph | Shaw | |
| Candace | N. | Shaw | |
| Kathryn | | Shayer | |
| Mark | E. | Shelly | |
| Shane | | Shibazaki | |

| | | | |
|---|---|---|---|
| Douglas | | Siemens | |
| Korak | Robert | Simmons | |
| Ronnell | Lamonte | Simmons | |
| Deonte | Travelle | Singleton | |
| Krystal | | Sjostrom | |
| Joshua | | Slattery | |
| Brian | S. | Smith | |
| Courtney | Danielle | Smith | |
| Curtis | William | Smith | |
| Justin | T. | Smith | |
| Kendall | Marcel | Smith | |
| Massinissa | | Smith | |
| Walter | | Smith | |
| Derrick | W. | Snell | |
| Anthony | | Solis | |
| Jake | | Solis | |
| Dominic | M. | Solomon | |
| Caleb | | Somers | |
| Jonathan | Kyle | Sonnier | |
| Steven | | Sosa | |
| Ralph | | Soto | |
| Rahsaan | Yacine | Souche | |
| Dalton | | Souza | |
| David | | Spain | |
| Darius | De'markus | Sparks | |
| Kyndra | J'Cole | Spear | |
| Benjamin | | Spiegel | |
| Leonard | Joseph | Spigiel | II |
| Travis | David | Stachowski | |
| Christopher | Joseph | Staffa | |

| Frederick | Manansala | Staines | |
|---|---|---|---|
| Devron | Lee | Stancil | |
| Nathan | Daniel | Stanfield | |
| Ebo | Labaron | Stanford | |
| Kathleen | | Staple | |
| Brett | Robert | Steen | |
| Maria | Kathleen | Steen | |
| Nathan | | Stephenson | |
| Michael | Everett | Stevens | |
| Anthony | M. | Stevenson | |
| Ronald | | Stickney | |
| James | Crawford | Stirling | IV |
| Sarah | | Stirling | |
| Charles | P. | Stokes | |
| Jerome | Andrew | Stradford | Jr. |
| Cameron | Leegh | Straight | |
| Austin | A. | Strickland | |
| Patrick | | Strouse | |
| Brandon | | Stubbs | |
| David | | Suter | |
| David | L. | Swofford | |
| Scott | A. | Tadevich | |
| Dylan | | Talbot | |
| Brian | W. | Tate | |
| Dexter | Akili | Taylor | |
| Erik | Michael | Taylor | |
| Isaac | L. | Taylor | |
| Nathaniel | E. | Taylor | |
| Truett | C. | Taylor | Jr. |
| Austin | Walter | Temple | |

| Amanda | Lynnette | Tenly | |
|---|---|---|---|
| Brendon | Alec | Terry | |
| Curtis | | Terry | |
| Douglas | Edward | Teutsch | |
| Jordan | | Teyshak | |
| Colton | Ward | Thomas | |
| Samantha | | Thomas | |
| Elizabeth | | Thompson-Watson | |
| Blake | Matthew | Thompson | |
| Sarah | Emma | Thompson | |
| Dennis | T. | Tiangco | |
| Jonathan | W. | Tippit | |
| Griffin | Randall | Toland | |
| David | | Toledano | |
| Wallace | G | Tomason | III |
| John | Morgan | Toms | |
| Raymond | | Torres | |
| Yamil | Jorge | Torres | |
| Jose | Ramon | Torresdiaz | |
| John | Robert | Trahan | |
| Diann | Elain | Traina | |
| Sarah | Renee | Trambulo | |
| Aaron | David | Trawick | |
| Nathaniel | Robert | Trovinger | |
| John | | Tucker | |
| Nancy | Irene | Tucker | |
| Joseph | A. | Turnage | |
| Emily | H | Turner | |
| Robyn | M. | Ulman | |
| Ian | Phillip | Underhile | |

| | | | |
|---|---|---|---|
| Mitchell | | Unger | |
| Robert | Keith | Van Devender | |
| Matthew | | Vanderheyden | |
| David | | Vang | |
| Joseph | Robert | Vaughan | |
| Michele | Mae | Veverka | |
| Daniel | Rene | Villela | |
| Shannon | Marie | Vinson | |
| Somsanouk | Peter | Viravong | |
| Johnny | Vu | Vo | |
| Jesse | Kenneth | Voelk | |
| Jerry | E. | Wagner | |
| Denver | C. | Wagoner | |
| Derek | | Wahl | |
| Devin | James | Walker | |
| Victor | H | Walker | |
| Rory | N. | Walkley | |
| Britney | | Wallace | |
| Dustin | | Wallace | |
| Rachel | C. | Wallace | |
| William | | Wallace | |
| Kelson | | Warford | |
| Aiden | Robert | Warner | |
| Richard | Grant | Warner | II |
| Clarence | D. | Washington | Jr. |
| Maria | Guadalupe | Washington | |
| Aaron | | Waters | |
| Joseph | | Watkins | |
| Zachary | David | Watkins | |
| Caden | Michael | Watson | |

| | | | |
|---|---|---|---|
| Stacy | | Watts | |
| Jacob | Aaron | Waynick | |
| John | F | Weakley | Jr. |
| Stacy | | Weaver | |
| Dallas | Jay | Webster | |
| Jamacio | Lavonte | Webster | |
| Ryan | M. | Wells | |
| Peter | Jackman | Wetterauer | |
| Bradley | | Wheeler | |
| Joseph | Thomas | Wheeler | |
| Karol-Anne | Janel | Wheeler | |
| James | R. | White | |
| Joshua | | White | |
| Richard | Kenneth | White | |
| Jason | A. | Whitford | |
| Britain | F. | Wilder | |
| Johnnie | | Wiley | |
| Sean | Lowell | Wilkes | |
| Jay | Thomas | Wilkinson | |
| Kyle | Norris | Wilkinson | |
| Anthony | Dewayne | Willbanks | |
| Ernest | R | Williams | III |
| Eugene | | Williams | |
| Jordan | | Williams | |
| Kaitlin | Renee | Williams | |
| Quincy | | Williams | |
| Tauri | Jessica | Williams | |
| Matthew | | Willis | |
| Anthony | Caleb | Wilson | |
| Matthew | | Wilson | |

| | | | |
|---|---|---|---|
| Sean | Patrick | Wilson | |
| Billy | Trevor Gian | Winfield | |
| Molly | K. | Winnenberg | |
| Sydney | A. | Winnenberg | |
| Alexander | Justin | Winterberger | |
| Jeffrey | Lamarr | Wise | |
| Joshua | L. | Wise | |
| Konner | | Witt | |
| Scott | | Wittkopp | |
| Julian | | Wix | |
| Kimberly | Frances | Wojciechowski | |
| Jakob | Sinku | Won | |
| Brock | | Wood | |
| Tyler | C. | Wood | |
| Edward | Wayne | Woods | |
| Johnnie | G. | Worsham | III |
| Ethan | | Wright | |
| Kirk | J. | Wright | |
| Jack | David | Wrobel | |
| Stacie | Marie | Wrobel | |
| Apryl | | Wyke | |
| Ajay | Kumar | Yadav | |
| Ted | T. | Yang | |
| Chris | James | Yarrington | |
| Kyle | Austin | Yeager | |
| Nathan | Christian | Yordy | |
| Tye | Joseph | Youmans | |
| Joshua | Edward | Young | |
| Jeremie | | Zabko | |
| Marc | Andrew | Zack | |

| Aldo | I. | Zamoracardona |
| Jaxon | D. | Zamudio |
| Celeste | Pamela | Zavala |
| Vanessa | Nicole | Zeigler |
| Ryan | Armstrong | Zeitler |
| Joey | | Zhao |
| Daniel | Keith | Zihlman |