# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-4687

**Case Name** Plaintiffs in Whaley action, No. 1:23-cv-00457 v. United States

**Counsel submitting this form** Charles Flores

**Represented party/parties** Appellants

*Briefly describe the dispute that gave rise to this lawsuit.*

This action arises from the Navy's negligent operation of the Red Hill fuel facility, which caused jet fuel to enter the Joint Base Pearl Harbor–Hickam drinking-water system in November 2021.

**Form 7** *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The district court granted the United States' motion to dismiss for lack of subject-matter jurisdiction, holding that the Feres doctrine bars Appellants' claims in their entirety. The court entered judgment for the United States and closed the case below. The appeal concerns whether the district court erred in applying the Feres bar to Appellants' claims.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

The Plaintiffs in Whaley action No. 1:23-cv-00457 have no more proceedings below. The district court retains jurisdiction over related actions of Feindt et al. v. United States, CV 22-00397 and Hughes et al. v. United States, CV 24-00059 LEK-KJM.

**Signature** s/Charles Flores      **Date** July 27, 2026
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

2